Wright-Ziegler Co. \
vs. } No. 70417 \
William M. Boylan

February 7, 1929.

HAHN, J. Heard upon plaintiff's motion for a new trial based upon the usual grounds.

This action arose from the sale of a milking machine which defendant claimed was not according to representations made at the time of sale, and the further fact that it did not do the work satisfactorily.

The questions involved were largely questions of fact and the verdict was not against the law, the evidence or the weight thereof.

Motion for new trial denied.

For plaintiff: Alfred H. Dahl.

For defendant: William H. McSoley.